

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2020

No. 04-19-00846-CV

Nori Alvarez **BAKER**,
Appellant

v.

**ORANGE PANDA, LLC**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI08249
The Honorable Mary Lou Alvarez, Judge Presiding

## O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on February 7, 2020.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court